# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| RONALD STOCKTON, | : | No. 20 EAP 2015 |
| | : | |
| Appellant | : | |
| | : | Appeal from The Order of |
| | : | Commonwealth Court dated April 13, |
| v. | : | 2015 at No. 106 MD 2015. |
| | : | |
| | : | |
| | : | |
| DEPARTMENT OF CORRECTIONS, | : | |
| BUSINESS MANAGER-DECKER, | : | |
| | : | |
| Appellee | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 18th day of November, 2015, the Order of the Commonwealth Court is **AFFIRMED.**